**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| EMW WOMEN'S SURGICAL CENTER, P.S.C., et al., <br><br> Plaintiffs, <br><br> v. <br><br> BESHEAR, et. al., <br><br> Defendants. | Case No.3:17-cv-00016-DJH <br><br> **Electronically Filed** |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of February 15, 2017 [RE #35], the below-listed individuals participated in a telephone conference on Monday, March 20, 2017, to confer regarding the estimated length of proof for the hearing scheduled for March 23-24, 2017.

a.  Andrew Beck, Meagan Burrows, and William Sharp for Plaintiffs;

b.  La Tasha Buckner for Defendant Beshear;

c.  Stephen Pitt and Chad Meredith for Defendant Glisson; and

d.  Travis Mayo and Joseph Newberg for Defendant Rodman.

The parties agree that the below time approximations are the best predictions for the hearing scheduled on March 23, 2017, and continuing to March 24, 2017, if needed:

- Plaintiffs' direct examination of witnesses: approximately 3.5 to 5 hours;

- Defendants' cross examination of witnesses: approximately 1.5 hours total; and

- Parties' oral argument: approximately 1.5 hours per RE #35 and RE #33.

As such, the parties estimate that witness examination for the hearing will last approximately 5 to 6.5 hours, and oral argument on Plaintiffs' motion will be an additional 1.5 hours.

Having seen and agreed on March 20, 2017.

/s/   La Tasha Buckner (by wes w/ permission)
La Tasha Buckner
latasha.buckner@ky.gov
*Counsel for Defendant Beshear*


/s/   M. Stephen Pitt (by wes w/ permission)
M. Stephen Pitt
S. Chad Meredith
Justin D. Clark
steve.pitt@ky.gov
chad.meredith@ky.gov
jd.clark@ky.gov
*Counsel for Defendant Glisson*


/s/   S. Travis Mayo (by wes w/ permission)
S. Travis Mayo
Joseph A. Newberg, II
travis.may@ky.gov
joe.newberg@ky.gov
*Counsel for Defendant Rodman*

/s/   William E. Sharp
William E. Sharp, Legal Director
American Civil Liberties Union of Kentucky
315 Guthrie Street, Suite 300
Louisville, KY 40202
sharp@aclu-ky.org
(502)581-9746

Alexa Kolbi-Molinas*
Andrew Beck*
Julia Kaye*
Meagan Burrows*
New York State Bar No. 5341904
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
akolbi-molinas@aclu.org
abeck@aclu.org
jkaye@aclu.org
mburrows@aclu.org
(212) 549-2633

Anton Metlitsky**
Leah Godesky**
Taylor Simeone**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
ametlitsky@omm.com
lgodesky@omm.com
tsimeone@omm.com
(212) 326-2000

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice
**Motion for Pro Hac Vice Filed

## CERTIFICATE OF SERVICE

      I certify that on March 20, 2017, I filed this motion and accompanying documents with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

La Tasha Buckner
latasha.buckner@ky.gov
*Counsel for Defendant Beshear*

M. Stephen Pitt
S. Chad Meredith
Justin D. Clark
steve.pitt@ky.gov
chad.meredith@ky.gov
jd.clark@ky.gov
*Counsel for Defendant Glisson*

S. Travis Mayo
Joseph A. Newberg, II
travis.may@ky.gov
joe.newberg@ky.gov
*Counsel for Defendant Rodman*

David E. Fleenor
Hon. Vaughn Murphy
Laura Hendrix
david.fleenor@lrc.ky.gov
Vaughn.Murphy@lrc.ky.gov
laura.hendrix@lrc.ky.gov
*Counsel for Amici*

                s/ William E. Sharp
                *Counsel for Plaintiffs*