UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

EMW WOMEN'S SURGICAL CENTER,
P.S.C. et al.,                                                                                       Plaintiffs,

v.                                                                         Civil Action No. 3:17-cv-16-DJH-CHL

DANIEL CAMERON, in his official capacity
as Attorney General of the Commonwealth of
Kentucky, et al.,                                                                                   Defendants.

\* \* \* \* \*

## ORDER

In accordance with the Sixth Circuit's decision entered April 4, 2019 (Docket No. 83), and the mandate issued December 10, 2019 (D.N 87), and in light of the Supreme Court's denial of certiorari (D.N. 88), it is hereby

**ORDERED** as follows:

(1) The Attorney General of the Commonwealth of Kentucky is **DISMISSED** as a defendant.[1] The Clerk of Court is **DIRECTED** to terminate the Attorney General as a defendant in the record of this matter.

(2) A separate judgment will be entered in favor of the Secretary of Kentucky's Cabinet for Health and Family Services.

(3) The Court hereby notifies the parties of its intention to close this case unless any party objects within **twenty-one (21) days** of entry of this Order.

January 6, 2020

David J. Hale, Judge
United States District Court

---

[1] At the time of the Sixth Circuit's decision, Andrew G. Beshear was Kentucky's Attorney General. The office of Attorney General is now held by Daniel Cameron, who was automatically substituted as a party pursuant to Federal Rule of Civil Procedure 25(d). The Secretary of Kentucky's Cabinet for Health and Family Services, Defendant Adam Meier, has likewise been replaced.

1