UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

EMW WOMEN'S SURGICAL CENTER,
P.S.C. et al.,                                                                                   Plaintiffs,

v.                                                                         Civil Action No. 3:17-cv-16-DJH-CHL

DANIEL CAMERON, in his official capacity
as Attorney General of the Commonwealth of
Kentucky, et al.,                                                                                Defendants.

\* \* \* \* \*

## JUDGMENT

No party having objected to the Court's Order of January 6, 2020 (Docket No. 89), it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of the Secretary of Kentucky's Cabinet for Health and Family Services with respect to Plaintiffs' first claim for relief. (*See* D.N. 83, PageID # 2067)

(2) This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(3) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

February 3, 2020

**David J. Hale, Judge**
**United States District Court**

1